IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02809-BNB

SHALEEN VANESE FIGUEROA,

    Applicant,

v.

WARDEN MS. ZAVISLAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Shaleen Vanese Figueroa, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado. Applicant, acting *pro se*, initiated this action by filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. In an order entered on October 24, 2012, Magistrate Judge Boyd N. Boland instructed Applicant to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland instructed Applicant to submit her claims on a Court-approved form used in filing § 2254 action that includes all pages and her signature. Magistrate Judge Boland also directed Applicant to submit a proper 28 U.S.C. § 1915 Motion and Affidavit that is used by prisoners seeking leave to proceed *in forma pauperis* in a

§ 2254 action and a certified statement showing the current balance in her prison account.

Magistrate Judge Boland warned Applicant that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days. Although Applicant submitted the missing pages of the § 2254 Court-approved form with her signature and a statement showing the current balance in her account, the statement she submitted is not certified and she did not submit a 28 U.S.C. § 1915 Motion and Affidavit. As a result, she has failed to cure all deficiencies within the time allowed. Therefore, the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal she must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that no certificate of appealability shall issue because Applicant has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this  29th  day of    November   , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court