IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02809-LTB

SHALEEN VANESE FIGUEROA,

    Applicant,

v.

WARDEN MS. ZAVISLAN, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 29, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 29 day of November, 2012.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/  M.J. Garcia
                            Deputy Clerk